UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**CAROLYN T WILLIS**                                  **CASE NO. 2:22-CV-01841**

**VERSUS**                                                        **JUDGE JAMES D. CAIN, JR.**

**USA**                                                               **MAGISTRATE JUDGE LEBLANC**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. 48], and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of timely objections to the Report and Recommendation in the record,

It is ordered that the government's Motion to Dismiss, or Alternatively, for Summary Judgment [doc. 37] be **GRANTED** and that this action be **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1).

**THUS DONE AND SIGNED** in Chambers this 8th day of January, 2025.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE