UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**CAROLYN T WILLIS**                                      **CASE NO. 2:22-CV-01841**

**VERSUS**                                                **JUDGE JAMES D. CAIN, JR.**

**USA**                                                   **MAGISTRATE JUDGE LEBLANC**

## AMENDED JUDGMENT

The court's previous judgment erroneously reflected that timely objections to the Report and Recommendation [doc. 48] were not received. The objections and exhibit [docs. 49, 50] filed by plaintiff were received timely and have been considered by the court. Accordingly, the prior judgment [doc. 51] is **WITHDRAWN**. After a de novo review of the matter, **IT IS ORDERED, ADJUDGED,** and **DECREED** that the Report and Recommendation [doc. 48] be **ADOPTED**, that the government's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment [doc. 37] be **GRANTED**, and that this case be **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**THUS DONE AND SIGNED** in Chambers on the 10th day of January, 2025.

*[signature]*

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**